UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER aka CARL RENOWITZKY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Respondents. | Case No. 18-03172 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On May 29, 2018, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Docket No. 1.) Petitioner also filed a motion for leave to proceed *in forma pauperis* ("IFP"). (Docket No. 4.) On the same day, the Clerk sent a notice to Petitioner informing him that the IFP motion was deficient in that he had failed to include a Certificate of Funds in Prisoner's Account and a prisoner trust account statement showing six months of transactions. (Docket No. 5.) Petitioner was advised that if he did not pay the filing fee or file a complete IFP application within twenty-eight days, his case would be dismissed. (*Id.*) The time for Petitioner to comply with the Court's order has passed. Therefore Petitioner's action is **DISMISSED**.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated: \_\_\_\_**7/9/2018**_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
G:\BLFALL\_ECFReady\18.03172Hitler_dism-ifp 07.09.2018.docx