UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER aka CARL RENOWITZKY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Respondents. | Case No. 18-03172 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: ___**7/9/2018**_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
G:\BLFALL\_ECFReady\18.03172Hitler-jugmrny-ifp 07.09.2018.docx